IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

SEP 09 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| COMMERCIAL ALLIANCE INSURANCE COMPANY | § § § | |
| Plaintiff, | § § § | |
| VS. | § § | CIV. ACTION NO. SA10-CA-0216-FB |
| TRANSPORTES DEL MILLENIUM, S.A. DE C.V. | § § § § | |
| Defendant. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE

On this day the Court heard Plaintiff **COMMERCIAL ALLIANCE INSURANCE COMPANY's** ("CAIC") Motion for Substituted Service (the "Motion"). After consideration of the merits of the Motion, the Court hereby finds that the Motion should be GRANTED.

It is therefore ORDERED, ADJUDGED, AND DECREED that:

1. The Clerk of this Court shall issue a new Summons for the above-captioned case directed to:

    Transportes del Millenium, S.A. de C.V.
    c/o Mr. George C. Burns
    Adami, Shuffield, Scheihing & Burns
    9311 San Pedro, Ste. 900
    San Antonio, Texas 78216-4466 ; and

2. CAIC shall be permitted to serve Defendant **TRANSPORTES DEL MILLENIUM, S.A. DE C.V.** ("Transportes") in the following substituted manner:

    CAIC shall forward a file-stamped copy of CAIC's Petition for Declaratory Judgment, along with the above-referenced Summons in a Civil Action and a copy of this signed Order, by certified mail/return receipt requested to Transportes del

Millenium, S.A. de C.V. c/o Mr. George C. Burns of Adami, Shuffield, Scheihing & Burns, at 9311 San Pedro, Suite 900, San Antonio, Texas 78216.

**SO ORDERED.**

SIGNED this 9th day of September, 2010.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE